# United States Bankruptcy Court
## Northern District of Georgia

In re   **Curtis O Hicks, Jr.**

Debtor(s)

Case No.   **13-50374**

Chapter   **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Statement of Financial Affairs to disclose debtor's commissions for 2011, 2012; Summary; Statistical**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Trustee**

**Creditors**

Date:   **February  4, 2013**

**/s/ Jared Mitnick**

**Jared Mitnick 477022**
Attorney for Debtor(s)
**Daniel Mitnick & Associates, P.C.**
**3780 Mansell Rd.**
**Suite 450**
**Alpharetta, GA 30022**
**770-408-7000 Fax:770-408-7001**
**thefirm@mitnicklaw.com**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Curtis O Hicks, Jr.**                                                    Case No.   **13-50374**

_____    Chapter   **7**
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$75,000.00** | **2012: Wife Self Employed** |
| **$34,808.00** | **2011: Wife Self Employed** |
| **$22,325.00** | **2012: Debtor Employment Income** |
| **$43,023.77** | **2011: Debtor Employment Income** |

B 7 (12/12)                                                                                                                    2

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$75,000.00** | **2012: Wife Annuity Withdraw** |
| **$125,000.00** | **2011: Both Net Operating Loss Tax Refunds** |

---

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **US Bank**<br>**PO Box 130**<br>**Hillsboro, OH 45133** | **October - December 2012 - Vehicle lease payment** | **$1,794.00** | **$1,794.00** |

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Creekside Bank v. CG Cole Street, LLC, The Columns Group, Inc., Bryan H. Flint, Curtis O. Hicks, Jr., Alvin P. Nash; Case No.: 09A04863-4** | **Civil** | **State Court of Dekalb County** | **Judgment** |

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B 7 (12/12)                                                                                                                3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BB&T v. CG Cole Street, LLC, CG West Brookhaven #1, LLC, Bryan Flint, Curtis O. Hicks, and Al Nash; Case No.: 12EV0143204 | Civil | State Court of Fulton County | Judgment |
| Arlington Capital, LLC v. Columns North Fulton, LLC, al Nash, Curtis Hicks, Bryan Flint, The Columns Group, Inc.; Case No.: 10A29025-7 | Civil | Superior Court of Fulton, County, GA | Judgment |
| RBC Bank (USA) f/k/a RBC Centura Bank, successor-by merger to The Peachtree Bank v. Curtis O. Hicks Jr., et a.; Case No.2011CV205952 | Civil | Superior of Fulton County, GA | Judgment - Writ of Fieri Facias |
| The Brand Banking Company v. BF West brookhaven, LLC and Curtis O. Hicks, Jr., et. al.; Case No. 2012CV212661 | Civil | Superior Court of Fulton County, GA | Judgment |
| RBC Bank (USA) f/k/a RBC Centura Bank, successor-by-merger to The Peachtree Bank v. Curtis O. Hicks, Jr., et. al.; Case No. 2011CV205949 | Civil | Superior Court of Fulton County, GA | Judgment - Writ of Fieri Facias |
| RBC Bank (USA) f/k/a RBC Centura Bank, successor-by-merger to The Peachtree Bank v. Curtis O. Hicks, Jr., et. al.; Case No. 2011CV205954 | Civil | Superior Court of Fulton County, GA | Judgment - Writ of Fieri Facias |
| Synovus Bank, formerly known as, Columbus Bank and Trust Company, as successor is interest through name change and by merger with Bank of North Georgia v. CB Habershal III, LLC, Alvin P. Nash, Curtis O. Hicks, Jr., Bryan H. Flint, and The Columns Group, Inc., jointly and severally; Case No. 2010CV194877 | Civil | Superior Court of Fulton County, GA | Judgment - Writ of Fieri Facias |
| Wells Fargo Bank, National Association v. CGCK Vinings, LLC, Curtis O. Hicks, Jr., Alvin P. Nash, Bryan H. Flint and The Columns Group, Inc., jointly and severally; Case No. 2010CV193518 | Civil | Superior Court of Fulton County, GA | Judgment - Writ of Fieri Facias |
| Regions Bank v. The Columns Group, Inc., Columns North Fulton, LLC, Bryan H. Flint, Curtis O. Hicks, Jr., and Alvin P. Nash; Case No. 2009CV175843 | Civil | Superior Court of Fulton County, GA | Judgment |
| Branch Banking and Trust Company v. CG Cole Street LLC, et al; Case No.: 09-CV-17316-33 | Civil | Superior Court of Cobb County, GA | Judgment |
| Bank of North Georgia v. CB habersham III, LLC et al; Case No.: 2010-CV-194877 | Civil | Superior Court of Fulton County, GA | Judgment |
| BB&T v. CG West Brookhaven #1, LLC, et al; Case No.: 2009-CV-13199-6 | Civil | Superior Court of Dekalb County, GA | Judgment |
| Wells Fargo Bank, N.A. v. South Fulton Parkway Development, LLC, et al; Case No.: 2010-CV-193958 | Civil | Superior Court of Fulton County, GA | Judgment |
| RES-GA Brownstone, LLC v. CGCK Scott Boulevard, LLC et al; Case No.: 2011CV201551 | Civil | Superior Court of Dekalb County, GA | Judgment |
| RES-GA Brownstone, LLC v. CGCK Scott Boulevard, LLC et al; Case No.: 2011CV201551 | Civil | Superior Court of Fulton County, GA | Judgment |
| Wells Fargo Bank, National Association v. CGCK Vinings, LLC, et al; Case No.: 2010CV193518 | Civil | Superior Court of Fulton County, GA | Judgment |
| Arlington Capital, LLC v. CG Townpark, LLC, et al; Case No.: 10A29235 | Civil | State Court of Dekalb County, GA | Judgment |

B 7 (12/12)                                                                                                                          4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo bank, N.A. v. CGWF brookhaven Place, et al; Case No.: 10CV10445-9** | **Civil** | **Superior Court of Dekalb County, GA** | **Judgment** |
| **Global One Financial, Inc. v. The Columns Group, Inc, et al; Case No.: 2009CV168300** | **Civil** | **Superior Court of Fulton County, GA** | **Judgment** |
| **RBC Bank (USA) f/k/a RBC Centura Bank, successor-by-merger to The Peachtree Bank v. CG Townpark, LLC, The Columns Group, Inc., Curtis O. Hicks, Jr., Alvin P. Nash, and Bryan H. Flint; Case No.: 2011CV205952** | **Civil** | **Superior Court of Fulton County, GA** | **Judgment** |
| **RBC Bank (USA) f/k/a RBC Centura Bank, successor-by-merger to The Peachtree Bank v. Columns Northwest Drive, LLC, The Columns Group, Inc., Curtis O. Hicks, Jr., Alvin P. Nash, and Bryan H. Flint; Case No.: 2011CV205954** | **Civil** | **Superior Court of Fulton County, GA** | **Judgment** |
| **RBC Bank (USA) f/k/a RBC Centura Bank, successor-by-merger to The Peachtree Bank v. Columns Oakdale Road Development, LLC, The Columns Group, Inc., Curtis O. Hicks, Jr., Alvin P. Nash, and Bryan H. Flint; Case No.: 2011CV205949** | **Civil** | **Superior Court of Fulton County, GA** | **Judgment** |
| **The Brand Banking Company v. CH West Brookhaven, LLC, Curtis O. Hicks, Jr., et al; Case No.: 2012CV212952** | **Civil** | **Superior Court of Fulton County, GA** | **Judgment** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Creekside Bank** C/O Bailey Davis Brown & Sutto 506 Roswell St, Ste 230 Marietta, GA 30060 | **10/2012** | **CG Cole Street, LLC; 9 townhomes, 17 lots, on Hunt Street in Marietta, GA; $550,000.00 - Foreclosure** |

---

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B 7 (12/12)                                                                                                          5

  None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
  ■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
    property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
    filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

  None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
  ☐  and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
    aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
    either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Mount Pisgah Methodist Church 9820 Nesbit Ferry Road Alpharetta, GA 30022** | **Church** | **2012** | **$4,000 over course of year in tithes** |
| **Mount Pisgah Christian School 9820 Nesbit Ferry Road Alpharetta, GA 30022** | **Children's School** | **2012** | **$2,000.00 gift toward debtor's Children's school** |

### 8. Losses

  None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
  ■  **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
    spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

  None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
  ☐  concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
    preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Daniel Mitnick & Associates, P.C. 3780 Mansell Rd. Suite 450 Alpharetta, GA 30022** | **December 2012** | **$2,500.00** |
| **Abacus Credit Counseling 15760 Ventura Blvd Ste 1240 Encino, CA 91436** | **1/3/2013** | **$25.00** |

B 7 (12/12)                                                                                                                    6

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B 7 (12/12)                                                                                                    7

**15. Prior address of debtor**

None  ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **790 Golf Vista Court, Alpharetta, GA 30022** | **Curtis O Hicks, Jr.** | **05/2003 to 06/2010** |

---

**16. Spouses and Former Spouses**

None  ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B 7 (12/12)                                                                                                          8

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Columns Northwest Drive, LLC | 04-3609236 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 9/9/2005 - Active |
| Columns Oakdale Rd Dev., LLC | 86-1100159 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 10/07/2003 - Active |
| CG Townpark, LLC | 04-3609236 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 10/25/2006 - Active |
| CG Cole Street, LLC | 04-3609236 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 08/16/2006 - Active |
| BV Development, LLC | 04-3609236 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 10/02/2006 - Active |
| The Columns Group, Inc. | 04-3609236 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 02/01/2002 - Active |
| South Fulton Pkwy Dev., LLC | 56-2328192 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 01/08/2003-Active |
| CGCK Scott Blvd., LLC | 03-0558614 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 03/28/2005-Active |
| Columns North Fulton, LLC | 04-3609236 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 06/24/2005-Active |
| CGCK Brookhaven, LLC | 26-0121103 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 2005 - Current |
| CB Habersham III, LLC | 68-0619171 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 12/19/2005 - Active |
| CGCK Vinings, LLC | 56-2578839 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 04/21/2006 - Active |

B 7 (12/12)

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| CG West Brookhaven #1, LLC | 04-3609236 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 10/15/2007 - Active |
| Columns Residential Rlty, Inc. | 22-3862029 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 07/26/2002 - 09/05/2010 |
| Columns Commercial Rlty, Inc. | 04-3609077 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 2002 - Current |
| Columns Cabbco, LLC | 03-0396796 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 02/04/2002 - Converted |
| Crabapple White Clmns Dev., LLC | 90-0072634 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 07/07/2002 - 08/19/2011 |
| Colonial Crabapple, LLC | 90-0073547 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 08/13/2002 - 08/27/2011 |
| CB Dogwood, LLC | 13-4221873 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 11/14/2002 - 09/05/2010 |
| CB Habersham, LLC | 11-3651344 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 08/30/2002 - 09/04/2010 |
| Colonial Mead, LLC | 41-2092415 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 04/22/2003 - 08/27/2011 |
| CD Lake Deerfield, LLC | 01-0789982 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 06/09/2003 - 08/27/2011 |
| Colonial Deerfield, LLC | 45-0518318 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 07/02/2003 - 08/27/2011 |
| CD Peachtree Corners, LLC | 01-0792658 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 05/28/2003 - 09/05/2010 |
| Grant Park Dev., LLC | 16-1644034 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 08/13/2002 - Active (Noncompliant) |
| CB Oakdale, LLC | 16-1644027 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 12/10/2002 - 09/05/2010 |
| White Columns Cmty Assn., Inc | 58-2164119 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 10/28/1994 - Active (Transferred) |
| Lake Avenue Associates, LLC | 06-1677765 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 02/06/2003 - 10/19/2009 |
| CS McGinnis Dev., LLC | 80-0108237 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 05/13/2004 - 09/06/2010 |

B 7 (12/12)                                                                                                    10

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| BSC Roswell Road, LLC | 83-0397839 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 06/02/2004 - 05/08/2008 |
| Columns Breckenridge, LLC | 83-0407440 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 09/24/2004 - 09/06/2010 |
| The Brownstones at Habersham Hmeown | 27-0106686 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | Transferred |
| Youngblood, LLP | 04-3686540 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 2002 - 2008 |
| CJ Johns Creek, LLC | 04-3801182 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 11/30/2004 - 09/07/2010 |
| CB Habersham II, LLC | 04-3801181 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 12/02/2004 - 09/06/2010 |
| CVM Development, LLC | 56-2501364 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 01/31/2005 - 09/07/2010 |
| Martin Realty Advisors, Inc. | 20-2725342 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 04/06/2005 - Active (Noncompliant) |
| CGCK Clairmont, LLC | 22-3915465 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 07/20/2005 - 09/08/2010 |
| Paces Ferry Realty, LLC | 75-3200010 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 05/23/2005 - 05/16/2008 |
| LSI-Freemanville, LLC | 20-3528167 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 09/26/2005 - 09/08/2010 |
| CJ Sheridan Drive, LLC | 83-0448880 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 01/18/2006 - 09/08/2010 |
| CBS Lake Avenue, LLC | 05-0634231 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 03/15/2006 - 05/08/2008 |
| CT Nickajack, LLC | 51-0574352 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 03/27/2006 - 09/09/2010 |
| PFI #2, LLC | 11-3789695 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 2007-2010 |
| Columns Rsdtl. Builders, LLC | 75-3239483 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 04/25/2007 - 09/13/2010 |
| CGWF Brookhaven Place, LLC | 26-0319687 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 06/13/2007 - Active |

B 7 (12/12)                                                                                                                                          11

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Columns BP Member, LLC | 68-0651714 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 2007 - Current |
| SFPD II, LLC | 30-0444006 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 10/10/2007 - Converted |
| HF Lube, LLC | 33-1198090 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | 12/19/2007 - Active |
| Townpark Village Townhome Ownr's | 80-0492428 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | Transferred |
| The Brownstones at Decatur Own's | 33-1199418 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | Transferred |
| The Battery on Paces Ferry Owner's | 30-0509624 | 1100 Peachtree St. Suite 800 Atlanta, GA 30309 | Investment/Development | Transferred |
| CH West Brookhaven, LLC | xxx4873 | 1100 Peachtree St Suite 800 Atlanta, GA 30396 | Investment/Development | 2010 - Current |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Janet Cook**                                                     **2007 - Current**
**1355 Peachtree St, Suite 200**
**Atlanta, GA 30309**

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                                    DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■      of the debtor. If any of the books of account and records are not available, explain.

B 7 (12/12)                                                                                          12

| NAME | ADDRESS |
|------|---------|

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|------------------------------------------------------|

B 7 (12/12)                                                                                                                   13

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __February 4, 2013__                               Signature   __/s/ Curtis O Hicks, Jr.__
                                                                     __Curtis O Hicks, Jr.__
                                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re     **Curtis O Hicks, Jr.**

Debtor

Case No. ___**13-50374**___

Chapter _____**7**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 805,500.00 | | |
| B - Personal Property | Yes | 3 | 6,331.93 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 120,459,427.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,150,899.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,909.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 811,831.93 | | |
| Total Liabilities | | | | 121,610,326.17 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Curtis O Hicks, Jr.**
_____,
Debtor

Case No.    **13-50374**    _____

Chapter    **7**    _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Curtis O Hicks, Jr.**                                              Case No.    **13-50374**

                                          Debtor(s)                           Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **30**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 4, 2013**                       Signature    **/s/ Curtis O Hicks, Jr.**

                                                                  **Curtis O Hicks, Jr.**

                                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Georgia

In re   __Curtis O Hicks, Jr.__                                              Case No.   __13-50374__
                                                        _Debtor(s)_          Chapter    __7__

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   __February  4, 2013__                    __/s/ Curtis O Hicks, Jr.__
                                                 __Curtis O Hicks, Jr.__
                                                 Signature of Debtor

Alvin P Nash
1205 King Road
Roswell, GA 30022


Alvin P. Nash
1205 King Road
Roswell, GA 30022


Arlington Capital, LLC
C/O Richard Tucker
1960 Satelliet Blvd, Ste. 3500
Duluth, GA 30097


Arlington Capital, LLC
C/O Richard L. Tucker
1960 Satellite Blvd, Ste. 3500
Duluth, GA 30097


Arlington Capital, LLC
Attn: Mahaffey Pickens Tucker
1550 N Brown Rd, Ste 125
Lawrenceville, GA 30043


Bank Of America
PO Box 982238
El Paso, TX 79998


Bank of America
231 Peachtree St
Atlanta, GA 30305


Bank of America
C/O CT Corporation System
1201 Peachtree St. NE
Atlanta, GA 30361


Bank of America
PO Box 5170
Simi Valley, CA 93062

Bank of North Georgia
C/O Corp. Serv. Co.
40 Technology Pkwy S, #300
Norcross, GA 30092


Bank of North Georgia
C/O Corporation Service Co
40 Technology Pkwy S., #300
Norcross, GA 30092


BB&T
C/O CT Corporation System
1201 Peachtree St NE
Atlanta, GA 30361


BB&T
C/O Quirk & Quirk, LLC
300 Century Springs W
Atlanta, GA 30328


BF West Brookhaven, LLC
1100 Peachtree St
Suite 800
Atlanta, GA 30396


Burr Forman
171 17th Street, NW
Suite 1100
Atlanta, GA 30363


Burr Forman
171 17th St., NW, Ste 1100
Atlanta, GA 30363


BV Development, LLC
1100 Peachtree St
Suite 800
Atlanta, GA 30309

C Jere Sechler Jr
2115 South Ocean Blvd
Unit #11
Delray Beach, FL 33483


CB Habersham III
100 Peachtree St
Suite 800
Atlanta, GA 30309


CG Cole Street, LLC
1100 Peachtree St
Suite 800
Atlanta, GA 30309


CG Townpark, LLC
100 Peachtree Street
Suite 800
Atlanta, GA 30396


CG West Brookhaven #1, LLC
1100 Peachtree St
Suite 800
Atlanta, GA 30309


CGCK Scott Blvd, LLC
1100 Peachtree St
Suite 800
Atlanta, GA 30396


CGCK Vinings, LLC
1100 Peachtree Road
Suite 800
Atlanta, GA 30309


CGWF Brookhaven Place
1100 Peachtree St
Suite 800
Atlanta, GA 30396

Columns North Fulton LLC
1100 Peachtree St
Suite 800
Atlanta, GA 30309


Columns Northwest Drive, LLC
1100 Peachtree St
Suite 800
Atlanta, GA 30309


Columns Oakdale Road Dev.
1100 Peachtree Road
Suite 800
Atlanta, GA 30309


Creekside Bank
C/O Bailey Davis Brown & Sutto
506 Roswell St, Ste 230
Marietta, GA 30060


Edward Hine, Jr
PO Box 5128
Rome, GA 30162


Fidelity Bank
1 Securities Ctr
3490 Piedmont Rd Ste 1550
Atlanta, GA 30305


Fidelity Bank
C/O Katherine Miller
3 Corporate Square, Ste. 700
Atlanta, GA 30329


Georgia Commerce Bank
Attn: Dan Evans
PO Box 429
Woodstock, GA 30188

```
Georgia Commerce Bank
C/O Steven S. Dunlevie
217 17th St, NW Ste 2400
Atlanta, GA 30363


Glenn E. Hicks, III
3890 St. Elisabeth Square
Duluth, GA 30096


Global One Financial, Inc.
C/O Timothy Propus Veith
3805 Crestwood Pkwy, Ste. 175
Duluth, GA 30096


Global One Financial, Inc.
C/O Drew Eckl &Franham, LLP
880 W Peachtree St NW
Atlanta, GA 30309


Great Lakes
PO Box 530229
Atlanta, GA 30353


Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Rd, NE Ste 2500
Atlanta, GA 30305


Greenberg Traurig, LLP
3290 Northside Pkwy NW,
Ste 400
Atlanta, GA 30327


Merrill Lynch Wealth Managemen
Bank of America Corp.
PO Box 982236
El Paso, TX 79998
```

Morris, Manning, & Martin
3343 Peachtree Rd NE
Ste 1600
Atlanta, GA 30326


Northside Bank of Adairsville
7741 Adairsville Hwy
PO Box 283
Adairsville, GA 30103


PNC Bank
40 Technology Parkway South
Suite 300
Norcross, GA 30092


RBC Bank
C/O Corporation Service Co
40 Technology Pkwy S, #300
Norcross, GA 30092


Rbc Bank
Corp. Service Co.
400 Technology Pkwy S, Ste 300
Norcross, GA 30092


Rbc Bank USA
CEO W James Westlake
301 Fayetteville St, Ste 2100
Raleigh, NC 27601


Regions
Corporations Service Co.
40 Technology Pkwy S, Ste 300
Norcross, GA 30092


Regions Bank
PO Box 11407
Birmingham, AL 35246

RES-GA Brownstone, LLC
Rialto Capital Advisors LLC
730 NW 107th Ave Ste 400
Miami, FL 33172


Schreeder, Wheeler, & Flint
1100 Peachtree St. NE, Ste 800
Attn: John Christie
Atlanta, GA 30309


South Fulton Parkway Developme
1100 Peachtree St
Suite 800
Atlanta, GA 30309


Synovus Bank
C/O Corporation Service Co
40 Technology Pkwy S., #300
Norcross, GA 30092


The Brand Banking Company
C/O Mahaffey Pickens Tucker
1550 N. Brown Rd, Ste 125
Lawrenceville, GA 30043


The Brand Banking Company
P. O. Box 1110
Lawrenceville, GA 30046


The Columns Group
1100 Peachtree Road
Suite 800
Atlanta, GA 30309


The Columns Group, Inc.
1100 Peachtree Road
Suite 800
Atlanta, GA 30309

US Bank
PO Box 130
Hillsboro, OH 45133


Us Dept Of Ed/Glelsi
PO Box 7860
Madison, WI 53707


Wells Fargo Bank National
C/O Corporation Service Co.
40 Technology Pkwy S. #300
Norcross, GA 30092


Wells Fargo Bank National
C/O Carrie Tolstedt
101 N. Phillips Ave
Sioux Falls, SD 57104


Westside Bank
56 Kiram Drive
Hiram, GA 30141


Westside Bank
C/O Tren Watson
56 Kiram Drive
Hiram, GA 30141


Womble Carlyle Sandridge
271 17th St NW
Suite 2400
Atlanta, GA 30363

## United States Bankruptcy Court
### Northern District of Georgia

In re    **Curtis O Hicks, Jr.**                                                    Case No.    **13-50374**
                                            Debtor(s)              Chapter    **7**

### CERTIFICATE OF SERVICE

I hereby certify that on **February 4, 2013**, a copy of Debtor's Amended Statement of Financial Affairs to disclose debtor's commissions for 2011, 2012; Summary; Statistical  was served  by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Arlington Capital, LLC
Bank Of America
Bank of North Georgia
BB&T
Burr Forman
C Jere Sechler Jr
Creekside Bank
Edward Hine, Jr
Fidelity Bank
Georgia Commerce Bank
Glenn E. Hicks, III
Global One Financial, Inc.
Greenberg Traurig, LLP
Greenberg Traurig, LLP
Merrill Lynch Wealth Managemen
Morris, Manning, & Martin
Northside Bank of Adairsville
PNC Bank
RBC Bank
Rbc Bank USA
Regions
Regions Bank
RES-GA Brownstone, LLC
Schreeder, Wheeler, & Flint
Synovus Bank
The Brand Banking Company
Us Dept Of Ed/Glelsi
Wells Fargo Bank National
Westside Bank

/s/ Jared Mitnick

Jared Mitnick 477022
Daniel Mitnick & Associates, P.C.
3780 Mansell Rd.
Suite 450
Alpharetta, GA 30022
770-408-7000Fax:770-408-7001
thefirm@mitnicklaw.com