IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | § | |
|---|---|---|
| IN RE: CURTIS O. HICKS, JR. | § | Chapter 7 |
| | § | |

| | § | |
|---|---|---|
| CURTIS O. HICKS, JR. | § | |
| | § | |
| | § | |
| Movant/debtor, | § | |
| | § | Case No. 13-50374-jrs |
| v. | § | |
| | § | |
| CREEKSIDE BANK | § | |
| | § | |
| Respondent/creditor. | § | |
| | § | |

### DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

NOW COMES debtor **Curtis O. Hicks, Jr.** ("Movant/debtor") and moves the Court to avoid the judicial lien held by **Creekside Bank** ("Respondent/creditor") with respect to Debtor's exempt property on the following grounds:

1.

This Court has jurisdiction of this Motion pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 522(f)(B).

2.

Venue is proper and Respondent is subject to the jurisdiction of this Court, and service is being made on Respondent at its last known address (its agent), Respondent's CEO, Respondent's counsel of record, the Chapter 7 Trustee, and the U.S. Trustee as follows:

**Creditor's Registered Agent:**

Creekside Bank
C/O Brent Baker, Sr.
PO Box 429
Woodstock, GA 30188

Georgia Commerce Bank
C/O Steven S. Dunlevie
271 17th Street, NW
Suite 2400
Atlanta, GA 30363

**Creditor's CEO**:

Creekside Bank
C/O Larry Peterson
100 Springfield Drive
Woodstock, GA 30188

Georgia Commerce Bank
C/O Mark W. Tipton
3625 Cumberland Blvd, Bldg 2
Atlanta, GA 30339

**Creditor's Counsel of Record**:

Bailey, Davis, Brown
506 Roswell St, Suite 230
Marietta, GA 30060

**Trustee**:

Paul H. Anderson, Jr.
Two Piedmont Center, Suite 315
3565 Piedmont Road, NE
Atlanta, GA 30305

**U.S. Trustee**:

Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

3.

Debtor has claimed exempt property on Schedule C in his Chapter 7 case.

4.

Respondent has obtained the following judicial lien as follows:

**Respondent**:

Creekside Bank
C/O Brent Baker, Sr.
PO Box 429
Woodstock, GA 30188

Georgia Commerce Bank
C/O Steven S. Dunlevie
271 17th Street, NW
Suite 2400
Atlanta, GA 30363

**Judgment Information**:

Judgment in the State Court of Dekalb County, State of Georgia
Civil Action File No.: 2009A048634
Creekside Bank v. CG Cole Street LLC, The Columns Group Inc., Bryan H. Flint, Curtis O Hicks Jr., Alvin P. Nash

**Amount**:

$1,500,000.00

5.

Respondent's lien impairs the exemptions to which the debtor is otherwise entitled in this case and should be avoided in this case.

**WHEREFORE**, Debtor is entitled to entry of an order avoiding Respondent's lien to the extent that Respondent's lien impairs Debtor's exemptions.

Respectfully submitted,

/s/ Jared Mitnick, Esq.
Jared Mitnick, Esq.
Ga. Bar No.: 477022
jmitnick@mitnicklaw.com
Attorney for Debtor

*3780 Mansell Road*
*Suite 450*
*Alpharetta, GA 30022*
*Phone: (770) 408-7000*
*Fax: (770) 408-7001*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | § | |
|---|---|---|
| IN RE: CURTIS O. HICKS, JR. | § | Chapter 7 |
| | § | |
| CURTIS O. HICKS, JR. | § | |
| | § | |
| Movant/debtor, | § | |
| | § | Case No. 13-50374-jrs |
| v. | § | |
| | § | |
| CREEKSIDE BANK | § | |
| | § | |
| Respondent/creditor. | § | |
| | § | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AN OF TIME TO FILE SAME**

**NOTICE IS HEREBY GIVEN** that a Motion to Avoid Judicial Lien on exempt property pursuant to 11 U.S.C. § 522 has been filed in the above styled case on this 19th day of February, 2013. **NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 755-5 in Georgia, the Respondent must file a response to the Motion within twenty-one (21) days after service, exclusive of the day of service, and serve a copy of same on Debtor's counsel. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an Order granting the relief sought in Debtor's Motion to Avoid Judicial Lien.

Dated and served this 19th day of February 2013.

Respectfully submitted,

/s/ Jared Mitnick, Esq.
Jared Mitnick, Esq.
Ga. Bar No.: 477022
jmitnick@mitnicklaw.com
Attorney for Debtor

*3780 Mansell Road*
*Suite 450*
*Alpharetta, GA 30022*
*Phone: (770) 408-7000*
*Fax: (770) 408-7001*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CURTIS O. HICKS, JR. | § § § | Chapter 7 |
| CURTIS O. HICKS, JR.<br><br>   Movant/debtor,<br><br>v.<br><br>CREEKSIDE BANK<br><br>   Respondent/creditor. | § § § § § § § § § § § | Case No. 13-50374-jrs |

## DISTRIBUTION LIST

I **HEREBY CERTIFY** that I have served all the following parties with a copy of the foregoing Debtor's Motion to Avoid Judicial Lien as follows:

**Creditor's Registered Agent**:

Creekside Bank
C/O Brent Baker, Sr.
PO Box 429
Woodstock, GA 30188

Georgia Commerce Bank
C/O Steven S. Dunlevie
271 17th Street, NW
Suite 2400
Atlanta, GA 30363

**Creditor's CEO**:

Creekside Bank
C/O Larry Peterson
100 Springfield Drive
Woodstock, GA 30188

Georgia Commerce Bank
C/O Mark W. Tipton
3625 Cumberland Blvd, Bldg 2
Atlanta, GA 30339

**Creditor's Counsel of Record**:

Bailey, Davis, Brown
506 Roswell St, Suite 230
Marietta, GA 30060

**Trustee**:

Paul H. Anderson, Jr.
Two Piedmont Center, Suite 315
3565 Piedmont Road, NE
Atlanta, GA 30305

**U.S. Trustee**:

Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Dated and served this 19$^h$ day of February, 2013.

                        Respectfully submitted,

                        /s/ Jared Mitnick, Esq.
                        Jared Mitnick, Esq.
                        Ga. Bar No.: 477022
                        jmitnick@mitnicklaw.com
                        Attorney for Debtor

*3780 Mansell Road*
*Suite 450*
*Alpharetta, GA 30022*
*Phone: (770) 408-7000*
*Fax: (770) 408-7001*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CURTIS O. HICKS, JR. | § § § | Chapter 7 |
| CURTIS O. HICKS, JR.<br><br>Movant/debtor,<br><br>v.<br><br>CREEKSIDE BANK<br><br>Respondent/creditor. | § § § § § § § § § § § § | Case No. 13-50374-jrs |

## CERTIFICATE OF SERVICE

I, **JARED MITNICK**, of 3780 Mansell Road, Suite 450, Alpharetta, Georgia 30022, hereby **CERTIFY** and **DECLARE** under Bankruptcy Rule 7005 that on this date, February 19, 2013, I caused a true and correct copy of Debtor's Motion to Avoid Judicial Lien to be served upon Respondent, by either depositing or otherwise causing to be deposited, a copy of same, in the U.S. Mail by Certified Mail Return Receipt Requested with adequate postage affixed thereto, being correctly addressed as follows:

<u>Creditor's CEO</u>:

VIA Certified Mail with Certified Receipt Number: 7011-2000-0001-2356-3627

Creekside Bank
C/O Larry Peterson
100 Springfield Drive
Woodstock, GA 30188

VIA Certified Mail with Certified Receipt Number: 7011-2000-0001-2356-3634

Georgia Commerce Bank
C/O Mark W. Tipton
3625 Cumberland Blvd, Bldg 2
Atlanta, GA 30339

I, **JARED MITNICK**, of 3780 Mansell Road, Suite 450, Alpharetta, Georgia 30022, hereby **CERTIFY** and **DECLARE** under Bankruptcy Rule 7005 that on this date, February 19, 2013, I caused a true and correct copy of Debtor's Motion to Avoid Judicial Lien to be served upon all other interested parties by either depositing or otherwise causing to be deposited, a copy of same, in the U.S. Mail with adequate postage affixed thereto, being correctly addressed as follows:

**Creditor's Registered Agent**:

Creekside Bank
C/O Brent Baker, Sr.
PO Box 429
Woodstock, GA 30188

**Creditor's Counsel of Record**:

Bailey, Davis, Brown
506 Roswell St, Suite 230
Marietta, GA 30060

**Trustee**:

Paul H. Anderson, Jr.
Two Piedmont Center, Suite 315
3565 Piedmont Road, NE
Atlanta, GA 30305

**U.S. Trustee**:

Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Dated and served this 19$^h$ day of February 2013.

                                                           Respectfully submitted,

                                                           /s/ Jared Mitnick, Esq.
                                                           Jared Mitnick, Esq.
                                                           Ga. Bar No.: 477022
                                                           jmitnick@mitnicklaw.com
                                                           Attorney for Debtor

*3780 Mansell Road*
*Suite 450*
*Alpharetta, GA 30022*
*Phone: (770) 408-7000*
*Fax: (770) 408-7001*