UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CASE NO. 13-50374 |
| CURTIS O. HICKS, JR., : | |
| Debtor(s)/Movant(s), : | CHAPTER 7 |
| v. : | |
| CREEKSIDE BANK, : | |
| Respondent. : | |

### ORDER

Before the Court is Debtor's Motion to Avoid Lien, as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the Debtor's allegations, IT IS HEREBY ORDERED that the Judicial lien held by Respondent upon exempt property of the Debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. Section 522(b).

IT IS SO ORDERED, this _____ day of April, 2013.

JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

**Curtis O. Hicks, Jr.**
8647 Ellard Drive
Alpharetta, GA 30022


**Jared L. Mitnick**
Daniel Mitnick & Associates, P.C.
Suite 450
3780 Mansell Road
Alpharetta, GA 30022


**Paul H. Anderson, Jr.**
Paul H. Anderson, Jr.
Two Piedmont Center - Suite 315
3565 Piedmont Road, NE
Atlanta, GA 30305


**Creekside Bank, Reg. Agt.**
c/o Brent Baker, Sr.
P O Box 429
Woodstock, GA 30188


**Bailey, Davis, Brown**
506 Roswell St., Suite 230
Marietta, GA 30060